UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
 )
SHERRI CLARK ) Case # 6:11-bk-11847-KSJ
 ) Chapter 7
 )
 Debtor )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363 (b) (1) and Local Rule 7005, reports that he intends to hold a public sale on or after the 21st day from the date of mailing this Report and Notice to sell the following property of the estate under the terms and conditions stated:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, trustee, PO Box 3000, Orlando FL 32802-3000, and serve copy on United States Trustee, 135 W Central Blvd., Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. <u>Description of Property</u>: A 1983 Fleetwood Mobile Home, hereinafter referred to as "Property." The debtor valued the Property on Schedule B of the bankruptcy petition dated 08/04/11 at $400.00.

2. <u>Method of Sale</u>: The Property will be sold at public, absolute auction.

3. <u>Date and Place of the Sale</u>: The sale will be held on Saturday, December 3, 2011, at 10:00 am at Ewald Auction and Realty Auctioneers Auction House, which is located at 7350 Old Cheney Highway, Orlando, Florida 32807. Any party who desires to inspect the Property can do so by visiting Ewald Enterprises internet website at www.ewaldauctions.com or by contacting auctioneer, Robert Ewald at 407-275-6853.

4. <u>Terms of the Sale</u>: The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold **"as is, where is with all faults and defects therein,"** and subject to all liens and encumbrances. Upon receipt of the funds from the auctioneer, the Trustee will not forward a check to the Debtor because the debtor has not claimed an allowable exemption in the property. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

5. The property is being sold subject to the following liens and encumbrances:
    Lienholder name & address             Amount of Lien
    **NONE**

**Trustee has noted all liens of which he has knowledge; however, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.**

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency.

Dated: October 31, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
(407) 425-7010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, FL 32801, and auctioneer, Robert Ewald, 12472 Lake Underhill Road, Suite 312, Orlando, FL 32808 this October 31, 2011.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-11847-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Oct 31 10:32:28 EDT 2011 | Sherri Clark<br>207 Maid of the Mist Dr.<br>Fern Park, FL 32730-2618 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | AT&T Universal Cards<br>PO Box 182564<br>Columbus, OH 43218-2564 |
| American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336-0002 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Asset Recovery Solution<br>2200 E Devon Avenue<br>Des Plaines, IL 60018-4503 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19886-5026 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Carrington Mortgage Services<br>PO Box 79001<br>Phoenix, AZ 85062-9001 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Citi Cards<br>PO Box 183051<br>Columbus, OH 43218-3051 | Citi Cards/Smith Barney<br>PO Box 183051<br>Columbus, OH 43218-3051 | Client Services<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| First National Bank of Omaha<br>PO Box 2557<br>Omaha, NE 68103-2557 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | HSBC<br>Dept 9600<br>Carol Stream, IL 60128-0001 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | LTD Financial Services LP<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2053 |
| Lakeshore University, LLC<br>d/b/a Alafaya Palms<br>13600 Wesleyan Blvd.<br>Orlando, FL 32826-4920 | Leading Edge Recovery<br>5440 N. Cumberland Ave<br>Ste. 300<br>Chicago, IL 60656-1486 | Patrick A Cary PA<br>10967 Lake Underhill Road<br>Unit 125<br>Orlando, FL 32825-4454 |

| | | |
|---|---|---|
| RBS Card Services<br>PO Box 42010<br>Providence, RI 02940-2010 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886-1359 | Rubin & Debski, PA<br>PO Box 47718<br>Jacksonville, FL 32247-7718 |
| Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Walter Benenati<br>105 E Robinson St<br>Ste. 302<br>Orlando, FL 32801-1622 | WomensCtr for Radiology<br>1621 N. Mills Ave.<br>Orlando, FL 32803-1849 |
| United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Joel L Gross +<br>The Law Office of Joel L Gross PA<br>655 West Highway 50<br>Suite 101<br>Clermont, FL 34711-2982 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
400 W Bay Street
Suite 35045
Jacksonville, FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)Client Services Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-9816 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |